IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SAMUEL D. LEWIS,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      1:21cv736-MHT
                              )          (WO)
JASON SMOAK, et al.,          )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Houston County Jail, filed this lawsuit complaining of defendants' failure to protect him from exposure to COVID-19. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of April, 2022.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**